**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

LASHAWNA LYNN WILSON, ADC #714097                                    PLAINTIFF

v.                                  No. 1:17CV00096-JLH-JTK

G. FORD, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.    There have been no objections.    After a review of those

proposed findings and recommendations, the Court adopts them in their entirety.    Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment

(Document #17) is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE